**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| VERA ZABICKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15 C 5976 |
| ) | |
| MEGAN J. BRENNAN, Postmaster General ) | |
| of the United States Postal Service, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

During the June 27, 2016 status hearing in this action, this Court ruled that discovery was closed (a ruling that this Court does not enter unless both plaintiff and defendant concur that such is the case) and, in response to a representation by counsel for Postmaster General Megan Brennan that announced the intention to file a motion for summary judgment, set August 19 as the filing date for that motion. That date was extended by agreement of counsel for both litigants to October 3, and on the latter date counsel filed the motion, a supporting memorandum and the extensive other documents called for by this District Court's LR 56.1.

Further status hearings thereafter culminated in a November 8 session during which counsel for plaintiff Vera Zabicki ("Zabicki") confirmed that unless certain documentation could be located promptly that could raise a disputed factual issue, there was no defense to the summary judgment motion. This court granted counsel's request to be allowed two weeks for Zabicki to search further for such documentation. But November 22 has long since come and gone, and nothing whatever has been forthcoming from Zabicki.

Hence the government's motion for summary judgment has compelling force, and the motion [Docket No. 21] is accordingly granted. Both the Complaint and this action are dismissed with prejudice.

_____
Milton I. Shadur
Senior United States District Judge

Date: December 23, 2016